IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BETTYE L. HICKS,            :

    Plaintiff,            :

vs.                         :      CA 07-0307-C

MICHAEL J. ASTRUE,          :
Commissioner of Social Security,
                            :
    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 1st day of April, 2008.

                        s/WILLIAM E. CASSADY
                        **UNITED STATES MAGISTRATE JUDGE**